UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JESSE R. GONZALES,

              Plaintiff,

      vs.

JASON BENNETT,

              Defendant.

NO.  C23-1883RSL

ORDER OF REFERENCE

      The filing fee in this matter was paid on February 8, 2024, therefore:

      IT IS ORDERED that this matter is referred to United States Magistrate Judge Grady J. Leupold.

      DATED this 11th day of March, 2024.

_____
Robert S. Lasnik
United States District Judge

ORDER OF REFERENCE-1